(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) __Paul Smith__   __142003__
　　(Name of Plaintiff)　　(Inmate Number)

__Delaware Correctional Center__
__1181 Paddock Road__
__Smyrna, Delaware 19977__
　　(Complete Address with zip code)

(2) _____
　　(Name of Plaintiff)　　(Inmate Number)

_____
　　(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) __Commissioner Stanley Taylor__
(2) __Warden, Rick Kearney__
(3) __Deputy Warden Mike Deloy__
　　(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

06-432
(Case Number)
( to be assigned by U.S. District Court)

CIVIL COMPLAINT

• • Jury Trial Requested

I. PREVIOUS LAWSUITS

　A.　If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

__Cause: 42:1983 Prisoner Civil Rights__
__Date Filed 03/10/2005__
__Assigned to: Honorable Gregory M. Sleet__
__Related Case: 1:05-cv-00142-GMS__

II.  **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? • (Yes) • • No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? (Yes) • • No

C. If your answer to "B" is Yes:

1. What steps did you take? TRIED to talk with WARDEN Rick KEARNEY DEPUTY WARDEN Mike DeLoy, + Commissioner STAN TAYLOR

2. What was the result? NONE

D. If your answer to "B" is No, explain why not: They Never respond BACK.

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: Rick KEARNEY

Employed as WARDEN at Sussex Correctional Inst.

Mailing address with zip code: P.O. Box 500 Georgetown, Delaware 19947

(2) Name of second defendant: Mike DeLoy

Employed as Deputy Warden at Sussex Correctional Inst.

Mailing address with zip code: P.O. Box 500 Georgetown Delaware 19947

(3) Name of third defendant: Stanley Taylor

Employed as Commissioner at Department of Corrections

Mailing address with zip code: 245 McKee Road, Dover, Delaware 19904

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. I Paul Smith 142003, Slip and fall onto wet floor Cell #2 A Tier SCU-MSB SCI Georgetown DE, on 6-25-06, I/m Smith, Awake for Breakfast placed foot into Shower shoe and went down Hiting the floor, The Ceiling was

2. Leaking Rain Water in Cell #2, A Code 4 was called for I/m Smith, Slip and fall Staff Done a Report, Medical Done a Report Also, I/m Smith, was treated and Released By Medical for Neck Pain, Back pain And Some Numbness in His Leg and foot,

3. follow up with Doctor on Monday, Warden Rick Kearney, Deputy Mike Deloy, And Commissioner Stanley Taylor knew of the Leaking Roof in Max And Done Very little to improvement leaking Roof.

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Due to poor Housing Conditions of the Prison in Old Max Building with Leaking Ceiling in Cell #2 I Paul Smith, feels that the Department of Corrections is Responsible for Adding to His injuries He Seeking Money Damage for His Pain and suffering.

3

2. _____

_____

_____

_____

_____

_____

3. _____

_____

_____

_____

_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __7th__ day of __July__, 2_006_

_Paul Smith_
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

IM Paul Smith
SBI# 142003  UNIT SNULH-L Building 23
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of Clerk
United States District Court
844 N. King Street, Lock box 18
Wilmington, Delaware
19801-3570