07 - 476

07-20-07

Clerk of Court,

I Paul J. Smith 142003, am now incarcerated at the Delaware Correctional Center, Near Smyrna, Delaware 19977 My new address is 1181 Paddock Road, Smyrna, Delaware 19977,

I am also writting concerning case Number 1:06-CV-431(GMS) Case Number 1:06-CV-432(GMS) And Case Number C.A. No. 05-142(GMS).

I would like to know the conditions of these case(s),

If you can look into these case(s) and tell me the status of these case(s) it will be greatly appreciated, Thank you for your time concern, and consideration, into this matter,

Sincerely Yours

P.S.
If these case(s) are closed I would like to re-open these case(s),

*Paul Smith* 07-20-07

FILED
JUL 27 2007
RGS
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

07-20-07
07 - 476
W-Building
1/04

*Paul Smith* 142003
Paul J Smith
Delaware Correctional C
1181 Paddock Road
Smyrna, Delaware
19977

I/M Paul Smith
SBI# 00148003   UNIT W-I-04
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

ATT. Legal Mail

Clerk of Court
U.S. District Court
Lockbox 18
844 N. King Street
Wilmington, Delaware
19801

UNITED STATES POSTAGE
PITNEY BOWES
$ 01.48
02 1A
0004608975    JUL 23 2007
MAILED FROM ZIP CODE 19977

U.S.M.S.
X-RAY