Office of the Clerk
United States District Court
District of Delaware

06-431 GMS
06-432 GMS
07-477 GMS
07-476 GMS

Peter T. Dalleo,
Clerk of Court

Date November 7, 07

Dear Honorable Gregory M. Sleet,

Please Be Advised that I Paul J. Smith Sr, SBI# 00148003, Will Be Discharged November 10th 2007, from the Delaware Correctional Center, near Smyrna, Delaware 19977.

My New Address is  Paul Smith Sr.
1416 Cowmarsh Creek Road
Camden, Delaware 19934
302-492-1122

Also Please forward to the new address the references of my case's

Dr. Peter T. Dalleo

Thank you for your services, your time, concern, and consideration into my matter

Sincerely
Paul Smith 148003
Date 11-07-2007

Paul Smith Sr.
1416 Cowmarsh Creek Road
Camden, Delaware 19934

FILED
NOV 13 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

cc Betty